

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-24-00059-CV

ER PROPCO CRAIG, LLC, APPELLANT

V.

YULANDA SHNELL CAMPBELL, ET AL., APPELLEES

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 111370-E-CV, Honorable Douglas R. Woodburn, Presiding

April 17, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, ER Propco Craig, LLC, appeals from the trial court's order denying its motion to dismiss pursuant to section 74.351 of the Civil Practice and Remedies Code. Now pending before this Court is Appellant's motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the

motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam